IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02065-PAB

UNITED STATES OF AMERICA,

        Petitioner,

v.

PATRICK TURCOTTE,

        Respondent.

---

**ORDER**

---

This matter is before the Court on the United States' Petition for Judicial Approval of Levy on Principal Residence [Docket No. 1], in which the United States requests an order allowing the Internal Revenue Service to levy upon the real property located at 2573 Odin Drive, Silt, Colorado 81652-9554 (the "Property") in order to sell respondent's interest to satisfy part or all of Patrick Turcotte's unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 1990, 1991, 1992, 1993, 1994, 2004, 2005, 2006, and 2008 and part or all of Patrick Turcotte and Josette Kimball's joint unpaid federal income taxes, penalties, interest, and other statutory additions for the income tax years 1997, 1998, 1999 and 2001, as set forth in paragraphs eight and nine in the government's petition.

On September, 10, 2010 the Court issued an order to show cause directing respondent to file an objection to the petition on or before October 5, 2010 [Docket No.

4]. The order stated that if Mr. Turcotte did not file an objection by that date, the Court would enter an order approving the Internal Revenue Service levy on the Property. Mr. Turcotte has not filed an objection. Therefore it is

**ORDERED** that the Petition for Judicial Approval of Levy on Principal Residence [Docket No. 1] is APPROVED.

DATED October 20, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge